UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY A. SCHEMBRI,<br><br>Plaintiff,<br><br>v.<br><br>REDDING POLICE DEPARTMENT,<br><br>Defendant. | No. 2:21-cv-00742 TLN AC PS<br><br><br><br>ORDER |

The court is in receipt of plaintiff's "request to waive court fees" attached to her complaint. ECF No. 1. However, the request is not on the proper form and does not include all information necessary to a determination of indigence under 28 U.S.C. § 1915(a)(1). Accordingly, the request will be denied without prejudice. Plaintiff must submit a renewed in forma pauperis ("IFP") application on the standard court form, with all sections completed and all requested information provided, or pay the filing fee, by May 26, 2021.

The Clerk of the Court is directed to provide plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

IT IS SO ORDERED.

DATED: May 11, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE