UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY A. SCHEMBRI,<br><br>Plaintiff,<br><br>v.<br><br>REDDING POLICE DEPARTMENT,<br><br>Defendant. | No. 2:21-cv-00742-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff Kimberly A. Schembri ("Plaintiff"), an individual proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 15, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 6.) Plaintiff has not filed timely objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 15, 2021 (ECF No. 6), are ADOPTED IN FULL; and

2. This action is DISMISSED, without prejudice, for lack of prosecution and for failure to comply with the Court's order.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

IT IS SO ORDERED.

DATED: August 4, 2021

                    Troy L. Nunley
                    United States District Judge